

SEALED

PHILLIP A. TALBERT
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

JUN 0 8 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. **2 17** _ **CR** - **0 0 9 0** **JAM** |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER TO SEAL |
| CHARLES V. STANLEY, JR., | **(UNDER SEAL)** |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney TODD A.

PICKLES to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the

arrest of the defendant or until further order of the Court.

Dated: _6 -8 - 2017_ _____

HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge