HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
CHARLES V. STANLEY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:17-cr-00090-JAM |
| ) | |
| Plaintiff, ) | **UNOPPOSED REQUEST FOR** |
| ) | **TEMPORARY MODIFICATION OF** |
| vs. ) | **CONDITION OF RELEASE; ORDER** |
| ) | |
| CHARLES V. STANLEY, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

The defendant, CHARLES V. STANLEY, JR, by and through counsel, Assistant Federal Defender Douglas J. Beevers, respectfully requests that this Court **temporarily** modify the conditions of his release to allow Mr. Stanley to attend a concert at The Pacific Amphitheatre in Costa Mesa, California on Wednesday August 2nd beginning at 7:45 P.M.

Currently, Mr. Stanley's conditions of release include a daily curfew requiring him to be at home between the hours of 10:00 p.m. and 6:00 a.m.  Mr. Stanley requests that this condition be lifted on August 2, 2017.  Mr. Stanley purchased tickets valued at $200 prior to the setting of release conditions.

The United States does not oppose the requested modification provided that the Pretrial Services Officer has no objections.  The United States has informed counsel for the defendant that it will seek to revoke the defendant's release if he fails to return within the modified curfew.

All other conditions are to remain as ordered.    Mr. Stanley has been fully compliant with all of his Pretrial Services Conditions.

Dated: July 25, 2017                                                    Respectfully submitted,

                                                    HEATHER E. WILLIAMS
                                                    Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
CHARLES V. STANLEY, JR.

**ORDER**

The Court hereby **orders** that special condition number 12 be lifted on August 2nd, 2017 until 10:00 p.m. on August 3, 2017. Condition number 12 **shall** be reinstated at 10:00 p.m. on August 3, 2017.

DATED: July 27, 2017              /s/ John A. Mendez
                                  HON. JOHN A. MENDEZ
                                  United States District Court Judge