PHILLIP A. TALBERT
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00090 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| CHARLES V. STANLEY, JR., | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Charles V. Stanley, Jr., by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 3, 2017.

2. By this stipulation, defendant now moves to continue the status conference until December 5, 2017 at 9:15 a.m., and to exclude time between October 3, 2017, and December 5, 2017 at 9:15 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 35,000 pages of discovery that have been produced directly to counsel for the defendant pursuant to a Protective Order entered by this Court. Additionally, the United States has made available for inspection and copying a server from the defendant's company that is in the

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

possession of the Internal Revenue Services, Criminal Investigation division, as well as boxes of documents that are presently in the possession of the Federal Bureau of Investigation. To date, the defense has not yet inspected or copied this material. Further, the investigation of this case is on-going, and the United States may produce additional materials, including with respect to potential additional charges.

        b)     Counsel for defendant desires additional time to consult with his client, conduct investigation and research related to the charges, review and copy the discovery in this matter, and to discuss with his client possible resolution.

        c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The United States does not object to the continuance.

        e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 3, 2017 to December 5, 2017 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

Dated: September 29, 2017
PHILLIP A. TALBERT
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

Dated: September 29, 2017
HEATHER WILLIAMS
Federal Public Defender

*/s/ Todd A. Pickles for*
DOUGLAS K. BEEVERS
Assistant Federal Defender

Counsel for Defendant
CHARLES V. STANLEY, JR.

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 29th day of September, 2017

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE