HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
CHARLES V. STANLEY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-cr-00090-JAM |
|---|---|
| Plaintiff, | ) **REQUEST AND ORDER AMENDING CONDITIONS OF RELEASE** |
| vs. | ) |
| CHARLES V. STANLEY, JR., | ) |
| Defendant. | ) |

Defendant Charles V. Stanley, Jr., through his counsel Heather Williams, Federal Defender, and Assistant Federal Defender Douglas Beevers, hereby represents and requests as follows:

1. Mr. Stanley is and has been in compliance with his pretrial release conditions;

2. Mr. Stanley has been employed as a driver for Lyft in the Los Angeles area.

3. Mr. Stanley's girlfriend currently resides in Arizona.

4. Counsel has conferred with the Assistant United States Attorney who is counsel of record for the United States. The United States does not oppose the defendant's request based on the above representations and the concurrence of his Pretrial Services Officer that officer does not oppose the request and that the defendant has, to the knowledge of that officer, complied with the conditions of his release.

Defendant therefore requests the following modifications of pretrial supervision:

## **AMENDED SPECIAL CONDITIONS OF RELEASE**

1. Mr. Stanley's pretrial release condition shall be modified to remove electronic monitoring and curfew;

Stipulation and proposed order amending
conditions of release

2. Pretrial Services shall be authorized to permit Mr. Stanley travel within California and Arizona;

Dated: November 13, 2017                    Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            */s/ Douglas Beevers*
                                            DOUGLAS BEEVERS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            CHARLES V. STANLEY, JR.

## ORDER

The Court hereby **orders** that Mr. Stanley's pretrial release conditions are modified as listed above. Mr. Stanley's pretrial release condition are hereby modified to remove electronic monitoring and curfew and Pretrial Services shall be authorized to permit Mr. Stanley travel within California and Arizona. All other conditions of release are to remain as previously ordered.

DATED: November 13, 2017                    **/s/ JOHN A. MENDEZ**
                                            HON. JOHN A. MENDEZ
                                            United States District Court Judge