| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DOUGLAS J. BEEVERS, # 288639 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | CHARLES V. STANLEY JR. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-00090 |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| CHARLES V. STANLEY JR., | ) | Date: December 5, 2017 |
| | ) | Time: 9:15 a.m. |
| Defendant. | ) | Judge: Hon. John A. Mendez |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Todd A. Pickles, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for Charles V. Stanley Jr., that the status conference scheduled for December 5, 2017, at 9:15 a.m., be vacated and the matter continued to January 23, 2018, at 9:15 a.m., for status conference.

Defense counsel requires additional time to interview additional witnesses.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including January 18, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Stipulation and Proposed Order                -1-

| | | |
|---|---|---|
| 1 | DATED: December 1, 2017 | |
| 2 | | Respectfully submitted, |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | |
| 5 | | */s/ Douglas J. Beevers*<br>DOUGLAS J. BEEVERS<br>Assistant Federal Defender |
| 6 | | Attorney for JAMES SMALLWOOD |
| 7 | | |
| 8 | | |
| 9 | DATED: December 1, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| 10 | | */s/ Todd A. Pickles* |
| 11 | | TODD A. PICKLES<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

# **O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 23, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the December 5, 2017 status conference shall be continued until January 23, 2018, at 9:15 a.m.

DATED: December 1, 2017

**/s/ JOHN A. MENDEZ**
HON. JOHN A. MENDEZ
United States District Court Judge