BARTH DALY LLP
Attorneys At Law
Davis, California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:17-CR-00090 JAM |
| )  Plaintiff, ) | **ORDER RE REQUEST FOR SECOND COUNSEL AND DECLARATION OF KRESTA NORA DALY IN SUPPORT THEREOF** |
| v. ) | |
| CHARLES STANLEY, ) | |
| )  Defendant. ) | |

    Good Cause appearing this court orders Krista Hart appointed in the above captioned case for the limited purpose of preparing an interlocutory appeal on behalf of Mr. Stanley regarding his detention status.

Dated: January 15, 2019

                                              /s/ John A. Mendez
                                              Honorable John A. Mendez, Judge

{00027166}