Kresta Nora Daly, SBN 199689
Joan Maya Pradhan, SBN 319332
BARTH DALY LLP
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email: kdaly@barth-daly.com
Email: jpradhan@barth-daly.com

Attorneys for Defendant
Charles Stanley

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:17-CR-00090-JAM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO MODIFY PROTECTIVE ORDER** |
| v. | ) | |
| CHARLES STANLEY, | ) | |
| Defendant. | ) | |

On August 29, 2017 this Court signed a protective order covering certain items of discovery in this case. [Dkt. 18]. The defense now seeks a modification of that order to which the government has no objection. Defense counsel wishes to provide Mr. Stanley with un-redacted copies of his credit card statements to review in preparation for responding to the pre-sentence report.

Dated:  April 22, 2019.        BARTH DALY LLP


                               By /s/ Kresta Nora Daly
                                  KRESTA NORA DALY


Dated:  April 22, 2019.        By /s/ Kresta Nora Daly
                                  MATTHEW D. SEGAL
                                  Assistant United States Attorney

{00028099}

# **ORDER**

Good cause appearing, the protective order in this case is amended to permit defense counsel to provide Mr. Stanley with un-redacted copies of his credit card statements.

Dated: 4/23/2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

BARTH DALY LLP
Attorneys At Law
Davis, California