Kresta Nora Daly, SBN 199689
Joan Maya Pradhan, SBN 319332
BARTH DALY LLP
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com
Email: jpradhan@barth-daly.com

Attorneys for Defendant
Charles Stanley

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00090-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO RE-SET SENTENCING DATE** |
| v. | |
| CHARLES STANLEY, | |
| Defendant. | |

Sentencing is currently set for May 28, 2019. Formal objections are due May 14, 2019. Defense counsel anticipates starting a trial in state court on May 15, 2019[1]. Defense counsel requires additional time to confer with her expert and complete the formal objections and sentencing memorandum in this case.

Therefore, defense counsel requests sentencing be re-set to July 2, 2019. Any motions for correction of the PSR shall be due no later than June 18, 2019. The government has no objection to these dates.

Probation is aware of this request and has no objection.

---

[1] May 15, 2019 is day 7 of 10 for a case that is trailing in Sacramento County. Defense counsel expects to be assigned to a courtroom on either May 15 or 16.

{00028287}

Dated: May 10, 2019.          BARTH DALY LLP

                              By /s/ Kresta Nora Daly
                                 KRESTA NORA DALY


Dated: May 10, 2019.          By /s/ Kresta Nora Daly
                                 MATTHEW D. SEGAL
                                 Assistant United States Attorney

## **ORDER**

Good cause appearing, the sentencing set for May 28, 2019 is vacated. Sentencing is re-set for July 2, 2019. Any motions for correction of the PSR shall be filed no later than June 18, 2019.

Dated: 5/13/2019

               /s/ John A. Mendez
             HONORABLE JOHN A. MENDEZ
             UNITED STATES DISTRICT COURT JUDGE

{00028287}