| | |
|---|---|
| 1 | Kresta Nora Daly, SBN 199689 |
| | Joan Maya Pradhan, SBN 319332 |
| 2 | BARTH DALY LLP |
| | 2810 Fifth Street |
| 3 | Davis, California 95618 |
| | Telephone: (916) 440-8600 |
| 4 | Facsimile: (916) 440-9610 |
| | Email: kdaly@barth-daly.com |
| 5 | Email: jpradhan@barth-daly.com |
| 6 | Attorneys for Defendant CHARLES STANLEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 2:17-CR-00090-JAM |
| Plaintiff, | | **UNOPPOSED REQUEST TO EXONERATE PROPERTY BOND** |
| v. | | |
| CHARLES STANLEY, | | |
| Defendant. | | |

Mr. Stanley asks the Court to enter an order exonerating the bond ordered on July 6, 2017.

On July 6, 2017, the Court ordered Mr. Stanley released on a $250,000 bond secured by real property. Doc. 7. Mr. Stanley posted the bond which is secured by his sister's real property. Mr. Stanley was remanded into custody on February 14, 2018. He has been in custody ever since. Mr. Stanley has since entered a guilty plea and is scheduled to be sentenced on July 2, 2019. Mr. Stanley's sister wishes to refinance the property securing the bond and is unable to do so until the bond is exonerated.

Counsel for the government advises the government does not object to entry of an order exonerating bond and reconveying the properties to the sureties as appropriate.

Dated: June 10, 2019.                    BARTH DALY LLP

                                          By /s/ Kresta Nora Daly
                                          KRESTA NORA DALY

{00028330}

---

Unopposed Request to Exonerate Property Bond           1           2:17-CR-00090-JAM

**ORDER**

Bond for defendant Charles Stanley is exonerated. The Clerk of the Court shall reconvey the properties securing the bond as appropriate.

IT IS SO ORDERED.

Dated: June 11, 2019.

_____
HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

BARTH DALY LLP
Attorneys At Law
Davis, California