IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>         Plaintiff,<br>   vs.<br>CHARLES V. STANLEY, JR.,<br><br>         Defendant. | Case No. 2:17-CR-0090 JAM<br><br>**ORDER SEALING DOCUMENTS** |

   Pursuant to Local Rules 140 and 141, Defendant/Movant, CHARLES V. STANLEY, JR., requests an Order sealing confidential records submitted in support of his motion to reduce sentence/compassionate release.

   Defendant's Request is based on HIPAA (42 U.S.C. § 1320d–5(a)(1)) and various cases finding a compelling need to protect medical privacy: "HIPAA's stated purpose of protecting a patient's right to the confidentiality of his or her individual medical information is a compelling federal interest. California similarly recognizes a person's interest in protecting private medical information. *See Dep't of Motor Vehicles v. Superior Court,* 100 Cal.App.4th 363, 373, 122 Cal.Rptr.2d 504, 511 (Cal.Ct.App.2002)." *California v. Crenshaw Mony Life Insurance Company*, 318 F.Supp.2d 1015 (S.D. Cal. 2004).

Defendant's Request is GRANTED.

Exhibits 1, 2, 3, 4, 5, and 6, submitted in support of Defendant's second motion to reduce sentence, 28 U.S.C. section 3582(c)(1)(A), are ordered sealed until further order of the Court.

IT IS SO ORDERED.

Dated:  December 28, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE